```
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA

                 CASE NO. 15-61685-CIV-ZLOCH
```

LUCIA POWELL and
JOSEPHINE LLAMAS,

      Plaintiffs,            **<u>FINAL ORDER OF DISMISSAL</u>**

vs.

SCIBERRAS INTERNAL MEDICINE, INC.,
and ANDREA SCIBERRAS,

      Defendants.
_____/

    THIS MATTER is before the Court upon the Motion To Approve Settlement And Dismiss With Prejudice (DE 16) filed herein by all Parties. The Court has carefully reviewed said Motion, the Parties' Settlement, Mutual Release And Confidentiality Agreement (DE 16-1), the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Motion To Approve Settlement And Dismiss With Prejudice (DE 16) filed herein by all Parties be and the same is hereby **GRANTED**;

    2. The Parties' Settlement, Mutual Release And Confidentiality Agreement (DE 16-1) be and the same is hereby approved, adopted, and ratified by the Court;

3. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot; and

5. The Court will retain jurisdiction over the above-styled cause solely for the purpose of enforcing the Settlement pursuant to the Parties' Settlement, Mutual Release And Confidentiality Agreement (DE 16-1).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___9th___ day of December, 2015.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record